MARQUARD, Appellant, v. CONDENSER SERVICE & ENGINEERING COMPANY, INC., Respondent.

*May 6—June 26, 1959.*

For the appellant there was a brief by *Bunge, Coleman, Moen & Meyer* of La Crosse, and *Randall, Smith & Blomquist* of St. Paul, Minnesota, and oral argument by *John S. Coleman.*

For the respondent there was a brief by *Johns, Roraff, Pappas & Flaherty* of La Crosse, and oral argument by *Robert D. Johns.*

PER CURIAM. Of the justices participating in the determination of this case three voted for affirmance and three voted for reversal of the judgment of the circuit court. Under our rules, therefore, the judgment is affirmed without opinion.

MARTIN, C. J., took no part.